# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN G. CONKLIN | : | CIVIL NO. |
| | : | |
| Plaintiff, | : | (Judge           ) |
| v. | : | |
| | : | (Filed Electronically) |
| YVETTE KANE | : | |
| Defendant. | : | |

## NOTICE OF REMOVAL OF CIVIL ACTION

COMES NOW, Peter J. Smith, United States Attorney for the Middle District of Pennsylvania, by Mark E. Morrison, Assistant United States Attorney, on behalf of Defendant, **UNITED STATES OF AMERICA**, and hereby gives notice of the removal of the above-captioned matter from the Court of Common Pleas of Dauphin County, Pennsylvania, to this Court, under the provisions of Title 28 United Sates Code, Section 1446, and respectfully represents:

1. A civil action was filed against the Defendant in the Court of Common Pleas of Dauphin County, Pennsylvania, on or about April 4, 2013. A copy of the Writ of Summons is attached.

2. Civil actions over which United States District Courts have original jurisdiction may be removed from state court to the district court of the United States for the district embracing the place wherein it is pending. 28 U.S.C. § 1441.

3. To date, Plaintiff has not served a complaint upon Defendant.

4. Defendant, Yvette Kane, is and at all times relevant hereto was, a United States District Court Judge in and for the Middle District of Pennsylvania.

4. Notice of Removal has this day been provided to the Prothonotary of the Court of Common Pleas of Dauphin.

**WHEREFORE**, the United States respectfully gives notice that the above-captioned matter is hereby removed to the United States District Court for the Middle District of Pennsylvania.

Respectfully submitted,

PETER J. SMITH
United States Attorney

/s/Mark E. Morrison
MARK E. MORRISON
Assistant U.S. Attorney
PA 43875
Federal Building
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108-1754
(717) 221-4482
(717) 221-2246 (Facsimile)
mark.e.morrison@usdoj.gov

Dated: June 7, 2013

# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN G. CONKLIN** | : | CIVIL NO. |
| | : | |
| **Plaintiff,** | : | (Judge        ) |
| v. | : | |
| | : | (Filed Electronically) |
| **YVETTE KANE** | : | |
| **Defendant.** | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on June 7, 2013, she served a copy of the foregoing

## NOTICE OF REMOVAL OF CIVIL ACTION

by electronic means and/or by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania to:

Stephen G. Conklin
22 Mairdale Avenue
Pittsburgh, PA 15214


                                                s/Christina Garber
                                                CHRISTINA GARBER
                                                Legal Assistant