IN THE COURT OF COMMON PLEAS OF DAUPHIN COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| Stephen G. Conklin | : | CIVIL ACTION – LAW |
| Plaintiff | : | |
| | : | No.: 2013·CV·2962·CV |
| v. | : | |
| | : | PRAECIPE FOR |
| Yvette Kane | : | WRIT OF SUMMONS |
| Defendant | : | |
| | : | JURY TRIAL DEMANDED |

PRAECIPE FOR WRIT OF SUMMONS

TO THE PROTHONTARY:

Kindly issue a Writ of Summons in the above-captioned matter, against the Defendant named therein. Attached hereto, is the individual Writ of Summons, setting forth, the part Defendant.

April 4, 2013

Respectfully Submitted,

By: _____
Stephen G. Conklin
22 Mairdale Ave.,
Pittsburgh, Pa. 15214
(717) 460-5450

[Stamp: RECEIVED OFFICE OF PROTHONOTARY DAUPHIN COUNTY PENNA 2013 APR -4 PM 1:57]

IN THE COURT OF COMMON PLEAS OF DAUPHIN COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| Stephen G. Conklin | : | CIVIL ACTION – LAW |
| Plaintiff | : | |
| | : | No.: 2013-CV-2902-CV |
| v. | : | |
| Yvette Kane | : | WRIT OF SUMMONS |
| Defendant | : | |
| | : | JURY TRIAL DEMANDED |

WRIT OF SUMMONS

TO: Yvette Kane;

YOU ARE HEREBY NOTIFIED that Stephen G. Conklin, plaintiff, has commenced an action against you.

_____
Stephen E. Farina, Prothonotary

Date: APR 04 2013                BY: _____
                                      Deputy Prothonotary

SEAL OF THE COURT