```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

STEPHEN G. CONKLIN            :        CIVIL ACTION
                              :
   v.                         :
                              :
YVETTE KANE                   :        NO. 13-1531

## ORDER

**AND NOW**, this 27th day of August, 2013, upon consideration of the Plaintiff's Motion for Remand (Document No. 4) and the defendant's response, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the state court from which is was removed.

                                                    /s/Timothy J. Savage
                                                  TIMOTHY J. SAVAGE, J.